# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, <br><br> Plaintiff, <br> v. <br><br> WEST BELLFORT SHOPPING PLAZA LP, a Texas Limited Partnership, <br><br> Defendant. | Case No.: 4:22-cv-269 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,

By: */s/ Brian T. Ku* .
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

And

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates

2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by electronic-mail to:

WEST BELLFORT SHOPPING PLAZA LP
c/o Ajay Thomas
aj@enterprise-logic.com

By: */s/ Brian T. Ku*
Brian T. Ku