United States District Court
Southern District of Texas
**ENTERED**
June 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT | § |
| | § |
| VS | § CIVIL ACTION NO. 4:22-269 |
| | § |
| WEST BELFORT SHOPPING PLAZA LP., | § |
| a Texas Limited Partnership | § |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on May 27, 2022 (Doc. No. 8), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I). Each party will bear its own costs and fees.

SIGNED at Houston, Texas, this __3rd__ day of June 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE